# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** 06-102 (JDB) |
| | : | |
| **v.** | : | |
| | : | |
| **JASON ERROL PERCIVAL,** | : | **VIOLATIONS:** |
| **also known as Soldier,** | : | |
| | : | **18 U.S.C. § 1203 (a)** |
| **DAVID SUCHIT,** | : | **(Conspiracy to Commit Hostage** |
| | : | **Taking Resulting in Death)** |
| **ZION CLARKE,** | : | |
| | : | **18 U.S.C. § 1203 (a)** |
| **WINSTON GITTENS,** | : | **(Hostage Taking Resulting in Death)** |
| | : | |
| **RICARDO De FOUR,** | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting and Causing an** |
| **LEON NURSE,** | : | **Act to be Done)** |
| **also known as Leo,** | : | |
| | : | |
| **KEVON DEMERIEUX,** | : | |
| **also known as Ketchit,** | : | |
| | : | |
| **ANDERSON STRAKER,** | : | |
| **also known as Gypsy's Son, also known** | : | |
| **as Andy,** | : | |
| | : | |
| **WAYNE PIERRE,** | : | |
| **also known as Ninja,** | : | |
| | : | |
| **CHRISTOPHER SEALEY,** | : | |
| **also known as Christopher Bourne, also** | : | |
| **known as Boyie,** | : | |
| | : | |
| **KEVIN NIXON,** | : | |
| **also known as Shaka**, | : | |
| **Defendants**. | : | |

## I N D I C T M E N T

The Grand Jury charges that:

COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

A. Background

1.    Balram Maharaj was a national and citizen of the United States.  Balram Maharaj was formerly known as Alladin Barlow John.

2.    Dinesh Maharaj, a minor child who is a national and citizen of the United States, is the son of Balram Maharaj.

3.    The defendants, **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo, KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka**, are citizens of the country of Trinidad and Tobago (hereinafter "Trinidad").

4.    All events alleged in this Indictment took place within the country of Trinidad, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

B.  The Conspiracy

5.    Beginning at dates and times unknown to the Grand Jury, but including the period from on or about February 1, 2005 and continuing to on or about April 15, 2005, in Trinidad, the defendants **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo, KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka**, did knowingly conspire and agree with each other and with other conspirators, both known and unknown to the Grand Jury, to seize and detain and threaten to kill, to injure, and to continue to detain Dinesh Maharaj and Balram Maharaj in order to compel a third person to pay ransom for the release of Dinesh Maharaj and Balram Maharaj, as an explicit and implicit condition for the release of Dinesh Maharaj and Balram Maharaj.

6.    The death of Balram Maharaj resulted from this conspiracy to commit hostage taking.

C.  Object of the Conspiracy

7.    The object of the conspiracy was to obtain money belonging to Balram Maharaj.

D.  Manner and Means To Accomplish the Object of the Conspiracy

8.    Members of the conspiracy discussed and agreed to kidnap Dinesh Maharaj and hold him as a hostage for payment of ransom by Balram Maharaj.

9.     Members of the conspiracy agreed to and did kidnap Balram Maharaj and held him as a hostage, demanding payment of ransom from members of his family.

E.  Overt Acts

10.     In furtherance of the conspiracy and to accomplish the object thereof, defendants, **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo, KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka**, committed the following overt acts, among others:

(1)     On or about March 3, 2005, JASON PERCIVAL was informed by conspirators, whose identities are known to the Grand Jury, of a plan to kidnap for ransom a child, Dinesh Maharaj;

(2)     On or about March 4, 2005, a conspirator whose identity is known to the Grand Jury, asked JASON PERCIVAL whether certain specifically identified persons could take and hold the child, Dinesh Maharaj, and JASON PERCIVAL agreed to try to recruit such persons;

(3)     On or about March 5, 2005, JASON PERCIVAL approached a person, whose identity is known to the Grand Jury, and explored with him if he would participate in the kidnaping of the child;

(4)     On or about March 5, 2005, a conspirator, whose identity is known to the Grand Jury, asked WINSTON GITTENS if he would obtain a stolen car for that conspirator to use in the abduction of the child, Dinesh Maharaj;

(5)     On or about March 5, 2005, WINSTON GITTENS agreed to locate a car for use by the conspirators in the abduction of the child, Dinesh Maharaj;

(6)     On or about March 8, 2005, JASON PERCIVAL went with a conspirator, whose identity is known to the Grand Jury, to a meeting at the Mellow Moods Bar for the purpose of planning the abduction of the child;

(7)     On or about March 8, 2005, WINSTON GITTENS met with a conspirator, whose identity is known to the Grand Jury, at that conspirator's home, where WINSTON GITTENS learned that another conspirator, whose identity is known to the Grand Jury, was seeking to have a child kidnaped to extort ransom from the father of the child;

(8)     On or about March 8, 2005, WINSTON GITTENS again agreed to locate a car to be used by conspirators in the abduction of the child.

(9)     On or about March 10, 2005, a conspirator, whose identity is known to the Grand Jury, approached DAVID SUCHIT with a plan to kidnap Balram Maharaj and demand as ransom a large sum from monies Balram Maharaj had obtained from a monetary settlement resulting from a serious personal injury;

(10)    On or about March 10, 2005, DAVID SUCHIT considered the plan and agreed to participate in the conspiracy to kidnap Balram Maharaj;

(11)    On or about March 11, 2005, DAVID SUCHIT agreed with a conspirator, whose identity is known to the Grand Jury, to recruit and assemble others to kidnap and hold hostage Balram Maharaj;

(12)    On or about March 15, 2005, when the conspirator who recruited DAVID SUCHIT became impatient that DAVID SUCHIT was taking too long to assemble other conspirators, the conspirator assigned DAVID SUCHIT a more narrow future role in the conspiracy;

(13)    On or about March 15, 2005, LEON NURSE agreed to join the conspiracy and  a conspirator, whose identity is known to the Grand Jury, tasked LEON NURSE to arrange and

participate in the kidnaping of Balram Maharaj, to which LEON NURSE agreed;

(14)    On or about March 15, 2005, LEON NURSE and another conspirator, whose identity is known to the Grand Jury, discussed how to carry out the kidnaping of Balram Maharaj;

(15)    On or about March 15, 2005, LEON NURSE, and another conspirator, whose identity is known to the Grand Jury, recruited JASON PERCIVAL to assist in the kidnaping of Balram Maharaj;

(16)    On or about March 15, 2005, a conspirator, whose identity is known to the Grand Jury, recruited RICARDO De FOUR into the conspiracy to kidnap Balram Maharaj and RICARDO De FOUR agreed to act primarily as the driver of a "lead" car that would clear the roadway ahead of the hostage-holding getaway car;

(17)    On or about March 20, 2005, JASON PERCIVAL met with CHRISTOPHER SEALEY, and another conspirator, whose identities are known to the Grand Jury, and CHRISTOPHER SEALEY agreed to act as a kidnaper of Balram Maharaj;

(18)    On or about March 20, 2005, JASON PERCIVAL and WAYNE PIERRE met with RUSSEL JOSEPH and recruited into the conspiracy RUSSEL JOSEPH, who agreed to participate in the kidnaping of Balram Maharaj,  primarily as a getaway driver;

(19)    On or about March 21, 2005, JASON PERCIVAL, WAYNE PIERRE, and RUSSEL JOSEPH met at the Mellow Moods Bar and JASON PERCIVAL and WAYNE PIERRE provided additional information about the planned kidnaping and ransom;

(20)    On or about March 21, 2005, JASON PERCIVAL and RUSSEL JOSEPH planned to conduct surveillance on Balram Maharaj in preparation for the kidnaping;

(21)    On or about March 23, 2005, JASON PERCIVAL met with another conspirator, whose identity is known to the Grand Jury, and JASON PERCIVAL and the other conspirator

recruited into the conspiracy another conspirator who agreed to participate in the kidnaping of Balram Maharaj as a ransom negotiator;

(22)     On or about April 2, 2005, JASON PERCIVAL recruited ZION CLARKE to participate in the hostage-taking as a "bushman," who would be one of the people responsible for holding Balram Maharaj captive at a hideout in the forest;

(23)     On or about April 2, 2005, JASON PERCIVAL met with other conspirators, whose identities are known to the Grand Jury, and they recruited into the conspiracy another person, whose identity is known to the Grand Jury, who agreed to participate as another of the people responsible for holding Balram Maharaj captive in the forest;

(24)     On or about April 4, 2005, JASON PERCIVAL and RUSSEL JOSEPH conducted surveillance in an effort positively to identify Balram Maharaj;

(25)     On April 5, 2005, the day before the kidnaping, JASON PERCIVAL, RICARDO De FOUR, LEON NURSE, RUSSEL JOSEPH and other conspirators, whose identities are known to the Grand Jury, met at the Mellow Moods Bar to engage in further planning for the kidnaping of Balram Maharaj;

(26)     On April 5, 2005, while at a bar in San Juan, Trinidad, a conspirator, whose identity is known to the Grand Jury, pointed out Balram Maharaj to JASON PERCIVAL, LEON NURSE, and other assembled conspirators, whose identities are known to the Grand Jury, so they would know who to take hostage;

(27)     On April 5, 2005, after Balram Maharaj left the bar in San Juan, Trinidad, JASON PERCIVAL, RUSSEL JOSEPH, and other conspirators, whose identities are known to the Grand Jury, followed Balram Maharaj to the place he was staying in Trinidad;

(28)     On or about April 5, 2005, a conspirator, whose identity is known to the Grand Jury,

requested that LEON NURSE procure a car to be used in the kidnaping of Balram Maharaj;

(29)    On or about April 5, 2005, LEON NURSE procured a car for use in the kidnaping of Balram Maharaj and provided the car to the conspirator;

(30)    On April 6, 2005, the day of the hostage-taking, JASON PERCIVAL, WAYNE PIERRE, RICARDO De FOUR, LEON NURSE, KEVIN NIXON, CHRISTOPHER SEALEY, RUSSEL JOSEPH, and ANDERSON STRAKER met at the Mellow Moods Bar to make final preparations for the kidnaping of Balram Maharaj;

(31)    On April 6, 2005, at the meeting at the Mellow Moods Bar, KEVIN NIXON and CHRISTOPHER SEALEY agreed they would abduct Balram Maharaj at gunpoint;

(32)    On April 6, 2005, RUSSEL JOSEPH, who attended part of the conspirators' meeting at the Mellow Moods Bar, changed the license plates on the getaway car to reduce the chances of the car being identified;

(33)    On April 6, 2005, JASON PERCIVAL and RICARDO De FOUR drove in one car to the Samaan Tree Bar to take hostage Balram Maharaj;

(34)    On April 6, 2005, RUSSEL JOSEPH drove KEVIN NIXON and CHRISTOPHER SEALEY in a different car to the Samaan Tree Bar to take hostage Balram Maharaj;

(35)    On April 6, 2005, RUSSEL JOSEPH and RICARDO De FOUR positioned themselves, in their separate cars, outside the Samaan Tree Bar so that they could observe and assist in the seizure of Balram Maharaj;

(36)    On or about April 6, 2005, RUSSEL JOSEPH served as, among other things, a lookout, as KEVIN NIXON and CHRISTOPHER SEALEY, both armed with pistols, entered the Samaan Tree Bar and dragged Balram Maharaj from the bar at gunpoint;

(37)    On April 6, 2005, upon receiving the agreed-upon signal from a conspirator, RUSSEL

JOSEPH drove to the front of the Samaan Tree Bar, so that KEVIN NIXON and CHRISTOPHER SEALEY could force Balram Maharaj into RUSSEL JOSEPH's car and then get in the car themselves;

(38)    On April 6, 2005, RUSSEL JOSEPH drove away from the Samaan Tree Bar while KEVIN NIXON and CHRISTOPHER SEALEY held Balram Maharaj at gunpoint in the back seat of the car RUSSEL JOSEPH was driving;

(39)    On April 6, 2005, RICARDO De FOUR and JASON PERCIVAL drove in front of, and in tandem with, the car containing Balram Maharaj, "clearing the roads" for the getaway car;

(40)    On April 6, 2005, KEVIN NIXON turned over custody of Balram Maharaj, whose mouth was covered with duct tape and whose head was covered with a cloth, to ZION CLARKE and KEVON DEMERIEUX;

(41)    On April 6, 2005, KEVIN NIXON gave a pistol to another conspirator, who was with KEVON DEMERIEUX, and whose identity is known to the Grand Jury,  to be used by KEVON DEMERIEUX and that conspirator to detain Balram Maharaj;

(42)    On April 6, 2005, ZION CLARKE and KEVON DEMERIEUX marched Balram Maharaj to a remote hideout location in the mountains where they detained him;

(43)    Beginning on or about April 6, 2005, and continuing until on or about April 13, 2005, ZION CLARKE and KEVON DEMERIEUX learned from Balram Maharaj that he had various serious health conditions and needed medications;

(44)    Beginning on or about April 6, 2005, and continuing until on or about April 13, 2005, ZION CLARKE and KEVON DEMERIEUX refused to provide Balram Maharaj with the medications he needed to manage his very serious health conditions, and simultaneously prevented him from obtaining for himself the medications he needed to sustain his life;

(45)     On April 7, 2005, JASON PERCIVAL met RUSSEL JOSEPH and directed RUSSEL JOSEPH to go to the hideout where Balram Maharaj was being held to obtain a "proof of life" recording, using a camera cellular telephone that JASON PERCIVAL provided to RUSSEL JOSEPH, of Balram Maharaj;

(46)     On April 7, 2005, RUSSEL JOSEPH took the cellular telephone provided by JASON PERCIVAL and went to the hideout where Balram Maharaj was being held by ZION CLARKE and KEVON DEMERIEUX;

(47)     On April 7, 2005, before RUSSEL JOSEPH arrived at the hideout, ZION CLARKE and KEVON DEMERIEUX had blindfolded and handcuffed Balram Maharaj and had tied him to a post;

(48)     On April 7, 2005, in preparation for the interrogation of Balram Maharaj, ZION CLARKE, KEVON DEMERIEUX, and RUSSEL JOSEPH put on masks, following which ZION CLARK removed the blindfold from Balram Maharaj, but kept a pistol pointed at Balram Maharaj;

(49)     On April 7, 2005, before RUSSEL JOSEPH and ZION CLARKE began to question Balram Maharaj, conspirators had harmed Balram Maharaj, causing a large amount of dried blood in and around Balram Maharaj's face, head, and clothing, and causing Balram Maharaj's lower lip to have sustained a severe and gaping laceration;

(50)     On April 7, 2005, RUSSEL JOSEPH and ZION CLARKE interrogated Balram Maharaj, and obtained the telephone numbers for his relatives to whom ransom calls should be directed, but were unable to obtain a satisfactory proof of life recording from Balram Maharaj;

(51)     On April 7, 2005, after leaving the hideout, RUSSEL JOSEPH met with JASON

PERCIVAL and WAYNE PIERRE, informed them of the events at the hideout, provided them with the telephone numbers supplied by Balram Maharaj for his relatives, and returned to JASON PERCIVAL his cellular telephone;

(52)    Beginning on or about April 8, 2005, and continuing until on or about April 13, 2005, ZION CLARKE and KEVON DEMERIEUX actively watched Balram Maharaj's health deteriorate without attending to his life-threatening health needs;

(53)    On or about April 8, 2005, at JASON PERCIVAL's request, RUSSEL JOSEPH met with JASON PERCIVAL and ANDERSON STRAKER;

(54)    On or about April 8, 2005, JASON PERCIVAL directed RUSSEL JOSEPH to take ANDERSON STRAKER to the hideout where Balram Maharaj was being held and gave RUSSEL JOSEPH a camera cellular telephone and a current Newsday newspaper to be used in obtaining an acceptable proof of life recording from Balram Maharaj;

(55)    On or about April 8, 2005, as RUSSEL JOSEPH and ANDERSON STRAKER were walking together to the hideout, ANDERSON STRAKER told RUSSEL JOSEPH that Balram Maharaj had thus far been lying to the hostage takers and that Balram Maharaj had "real" money;

(56)    On or about April 8, 2005, RUSSEL JOSEPH and ANDERSON STRAKER went to the hideout where Balram Maharaj was being held and met there with KEVON DEMERIEUX and ZION CLARKE, and observed them interacting with Balram Maharaj;

(57)    On or about April 8, 2005, after RUSSEL JOSEPH, ANDERSON STRAKER, KEVON DEMERIEUX, and ZION CLARKE had covered their faces and Balram Maharaj's blindfold had been removed, ANDERSON STRAKER interrogated Balram Maharaj in an effort to determine how best to leverage monies from the family of Balram Maharaj in the on-

going ransom negotiations;

(58)    On or about April 8, 2005, RUSSEL JOSEPH and ANDERSON STRAKER were unable to obtain a satisfactory "proof of life" recording of Balram Maharaj;

(59)    On or about April 8, 2005, as RUSSEL JOSEPH and ANDERSON STRAKER returned from the hideout, ANDERSON STRAKER told RUSSEL JOSEPH that Balram Maharaj was lying about his lack of substantial assets and that Balram Maharaj had "real" money;

(60)    On or about April 8, 2005, upon his return from the hideout, RUSSEL JOSEPH met with JASON PERCIVAL, returned his cellular telephone to him, and reported to JASON PERCIVAL the lack of progress on identifying substantial assets from which the conspirators could obtain a large ransom for the release of Balram Maharaj;

(61)    On or about April 8, 2005, JASON PERCIVAL, WINSTON GITTENS, and another conspirator, whose identity is known to the Grand Jury, met and discussed the progress in the ransom negotiations for the release of Balram Maharaj;

(62)    On or about April 8, 2005, JASON PERCIVAL accompanied a conspirator, whose identity is known to the Grand Jury, to various pay telephone locations in Trinidad from which telephone calls were made to the family of Balram Maharaj, demanding a ransom of $3 million Trinidad dollars in exchange for the release of Balram Maharaj;

(63)    On or about April 9, 2005, DAVID SUCHIT drove a conspirator, whose identity is known to the Grand Jury, around Trinidad and assisted the conspirator in contacting one or more conspirators by telephone to discuss the progress in the ransom negotiations with the family of Balram Maharaj, following which the conspirator informed DAVID SUCHIT that the family of Balram Maharaj wanted proof that Balram Maharaj was alive;

(64)    On or about April 9, 2005, DAVID SUCHIT offered advice and encouragement to a conspirator, whose identity is known to the Grand Jury, to make a voice recording of Balram Maharaj which could be used by the conspirators in their ransom negotiations as satisfactory proof that Balram Maharaj was still alive;

(65)    On or about April 11, 2005, WINSTON GITTENS made a telephone call to the family of Balram Maharaj demanding that the family members pay a ransom in exchange for the release of Balram Maharaj;

(66)    On or about April 13, 2005, KEVON DEMERIEUX left the hideout and informed a conspirator, whose identity is known to the Grand Jury, that Balram Maharaj appeared to be dying;

(67)    On or about April 13, 2005, while still away from the hideout, KEVON DEMERIEUX located and informed a second conspirator, whose identity is known to the Grand Jury, that Balram Maharaj appeared to be dying;

(68)    On or about April 13, 2005, KEVON DEMERIEUX was directed by the second conspirator, that Balram Maharaj should not be released because Balram Maharaj was a war veteran who was possibly tricking KEVON DEMERIEUX and because the conspirators still wanted to negotiate and collect ransom money from the family of Balram Maharaj before they released him;

(69)    On or about April 13, 2005, following these meetings, KEVON DEMERIEUX returned to the hideout and, together with another conspirator, whose identity is known to the Grand Jury, continued to hold Balram Maharaj hostage;

(70)    On or about April 13, 2005, JASON PERCIVAL met with RUSSEL JOSEPH and gave RUSSEL JOSEPH his cellular telephone and directed RUSSEL JOSEPH to return to the

hideout to obtain a "proof of life" recording of Balram Maharaj;

(71)    On or about April 13, 2005, RUSSEL JOSEPH went to the hideout where KEVON DEMERIEUX and ZION CLARKE continued to hold Balram Maharaj hostage, and attempted to obtain a proof of life audio recording of Balram Maharaj which recording was intended for use in the continuing ransom negotiations with Balram Maharaj's family;

(72)    On or about April 13, 2005, KEVON DEMERIEUX, ZION CLARKE and RUSSEL JOSEPH continued to detain Balram Maharaj when he died in their custody on or about that date;

(73)    On or about April 13, 2005, following the death of Balram Maharaj, JASON PERCIVAL, WAYNE PIERRE, RUSSEL JOSEPH, KEVON DEMERIEUX, ZION CLARKE, and another conspirator, whose identity is known to the Grand Jury, had a meeting and decided to chop up and dismember the body of Balram Maharaj and bury his body parts;

(74)    On or about April 13, 2005, WAYNE PIERRE produced to JASON PERCIVAL, RUSSEL JOSEPH, ZION CLARKE, KEVON DEMERIEUX, and another conspirator, whose identity is known to the Grand Jury, two containers, a blue plastic barrel-type container with a black lid and a large white Styrofoam ice cooler, for use in disposing of Balram Maharaj's remains;

(75)    On or about April 13, 2005, WAYNE PIERRE, KEVON DEMERIEUX, RUSSEL JOSEPH, ZION CLARKE, and another conspirator, whose identity is known to the Grand Jury, were driven by JASON PERCIVAL to the end of Grand Curacaye Road, Trinidad, from where WAYNE PIERRE, KEVON DEMERIEUX, RUSSEL JOSEPH, ZION CLARKE, and another conspirator, whose identity is known to the Grand Jury, hiked, carrying the two containers, to the location where Balram Maharaj's body had previously been hidden;

(76)    On or about April 13, 2005, WAYNE PIERRE and RUSSEL JOSEPH used a large knife, described as a cutlass or machete, to dismember Balram Maharaj's body;

(77)    On or about April 13, 2005, RUSSEL JOSEPH, KEVON DEMERIEUX, ZION CLARKE, and another conspirator, whose identity is known to the Grand Jury, assisted in placing the dismembered remains of Balram Maharaj into the blue plastic barrel and the large white Styrofoam cooler;

(78)    On or about April 14, 2005, KEVON DEMERIEUX and other conspirators, whose identities are known to the Grand Jury, carried the two containers containing Balram Maharaj's dismembered remains a considerable distance and buried them in separate holes in the ground;

(79)    On or about April 14, 2005, KEVON DEMERIEUX, and other conspirators, whose identities are known to the Grand Jury, reported back to other members of the conspiracy, whose identities are known to the Grand Jury, that they had successfully buried the remains of Balram Maharaj deep in the ground;

(80)    On or about April 15, 2005, at the direction of one conspirator, whose identity is known to the Grand Jury, DAVID SUCHIT went to meet with a second conspirator, whose identity is known to the Grand Jury, and carried a message to the second conspirator from a third conspirator, whose identity is known to the Grand Jury;

(81)    On or about April 15, 2005, DAVID SUCHIT met with the second conspirator and delivered the message from the third conspirator that Balram Maharaj was dead and DAVID SUCHIT passed on a coded message to the second conspirator to keep quiet about the kidnaping;

(82)    On or about April 15, 2005, the second conspirator told DAVID SUCHIT to tell a third conspirator that, because Balram Maharaj was now dead, the second conspirator stood to gain

access to substantial inherited funds and would see that the third conspirator was paid from those funds.

(**Conspiracy to Commit Hostage Taking Resulting in Death**, in violation of Title 18, United States Code, Section 1203.)

<u>COUNT TWO</u>

1.      Paragraphs 1, 3 and 4 of Count One of this Indictment are hereby re-alleged as if fully set forth herein and are incorporated by reference.

2.      From on or about April 6, 2005, and continuing thereafter through on or about April 14, 2005, the defendants, **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo, KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka**, and others, known and unknown to the Grand Jury, did knowingly seize and detain and threaten to kill, to injure, and to continue to detain Balram Maharaj in order to compel a third person to pay ransom for the release of the Balram Maharaj, as an explicit and implicit condition for the release of Balram Maharaj.

3.      The death of Balram Maharaj resulted from this hostage taking.

(**Hostage Taking Resulting in Death and Aiding and Abetting and Causing an Act To be Done,** in violation of Title 18, United States Code, Sections 1203 and 2.)

**<u>Notice of Special Findings</u>**

a.      The allegations of Counts One and Two of this Indictment are hereby re-alleged as if fully set forth herein and are incorporated by reference.

b.     The defendants **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo,  KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka** were not less than 18 years of age at the time of the offense (Title 18, United States Code, Section 3591 (a));

c.     The defendants **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo,  KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka** intentionally participated in an act contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim died as a result of the act (Title 18, United States Code, Section 3591(a)(2)(C));

d.     The defendants **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo,  KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka** intentionally and specifically engaged in an act of violence knowing that the act created a grave risk of death to

a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

e.      The defendants, **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo,  KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka** committed the offenses described in Counts One and Two, which are offenses under Section 1203 of the United States Code, Title 18 (hostage taking) and, during the commission of those offenses, the death of the victim occurred (Title 18, United States Code, Section 3592(c)(1));

f.      The defendants, **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON NURSE, also known as Leo,  KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka** committed the offenses described in Counts One and Two in an especially heinous, cruel, and depraved manner in that they involved torture and serious physical abuse to the victim (Title 18, United States Code, Section 3592(c)(6)); and

g.      The defendants, **JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, WINSTON GITTENS, RICARDO De FOUR, LEON**

**NURSE, also known as Leo,   KEVON DEMERIEUX, also known as Ketchit, ANDERSON STRAKER, also known as Gypsy's Son, also known as Andy, WAYNE PIERRE, also known as Ninja, CHRISTOPHER SEALEY, also known as Christopher Bourne, also known as Boyie, and KEVIN NIXON, also known as Shaka** committed the offenses described in Counts One and Two upon a victim who was particularly vulnerable due to age and infirmity (Title 18, United States Code, Section 3592(c)(11)).

(Pursuant to Title 18, United States Code, Sections 3591 and 3592.)

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia