# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: 06-102-10 | MAGIS. NO: |
| V.<br>**JASON ERROL PERCIVAL** | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Wayne Pierre | **FILED**<br>JUL 3 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:         PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT HOSTAGE TAKING RESULTING IN DEATH;

HOSTAGE TAKING RESULTING IN DEATH;

AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18:1203(a); 18:1203(a); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE FACCIOLA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED:<br>9/20/06 |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE:<br>9/20/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  9/20/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>JOHN M. LONG CI/DUSM<br>U.S. MARSHALS | SIGNATURE OF ARRESTING OFFICER<br>John M. Long |
|---|---|---|
| DATE EXECUTED  7/30/2007 | | |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |

1218476