## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :  <br>: **Criminal No. 06-102-10(JDB)**  <br>:  <br>:  <br>**V.** : <br>:  <br>:  <br>:  <br>**WAYNE PIERRE,** :  <br>    **Defendant.** | |

### NOTICE OF APPEARANCE

The Clerk will please enter the appearance of John Carney, 601 Pennsylvania Ave., N.W., Suite 900, South Building, Washington, D. C. 20004, as counsel appointed to represent him under the Criminal Justice Act, in the above-captioned matter.

         /s/                                                            
                 John Carney
                Carney & Carney
          601 Pennsylvania Ave., N.W.
           Suite 900, South Building
            Washington, D.C. 20004
                (202) 434-8234
               Bar No. 241-745

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 4t day of August, 2007, by electronic filing on all interested parties.

         /s/                                              
                John Carney