UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Criminal No. 06-102-10(JDB)** |
| | : |
| | : |
| **V.** | : |
| | : |
| | : |
| | : |
| **WAYNE PIERRE,** | : |
| **Defendant.** | |

### NOTICE OF ADVISEMENT OF PROSECUTION TO EMBASSY

On August 3, 2007, counsel advised the Embassy for the Republic of Trinidad and Tobago, by email and first class mail, of the above-captioned prosecution of defendant Wayne Pierre, a citizen of the Republic of Trinidad and Tobago. A copy of the notice sent to the attaché for the embassy is submitted as Exhibit 1.

/s/
John Carney
Carney & Carney
601 Pennsylvania Ave., N.W.
Suite 900, South Building
Washington, D.C. 20004
(202) 434-8234
Bar No. 241-745

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 4t day of August, 2007, by electronic filing on all interested parties.

/s/
John Carney