**EXHIBIT 1**

**CARNEY AND CARNEY**
**601 PENNSYLVANIA AVE., N.W.**
**SUITE 900, SOUTH BUILDING**
**WASHINGTON, D.C. 20004**
**(202) 434-8234**
**FAX: (703) 323-9760**

Attention: Guy Benjamin
Immigration Attache for the Republic of Trinidad and Tobago
Email: GBenjaminttembwash.com

Dear Mr. Benjamin:

    Confirming the instructions I received from your embassy, I am notifying you by email rather than by fax or letter of the following: Mr. Wayne Pierre, a citizen of the Republic of Trinidad and Tobago, has been criminally charged in the U.S. District Court for the District of Columbia with conspiracy to commit hostage taking resulting in death in violation of 18 U.S.C. § 1203 (a). This charge is eligible for the death penalty if there is a conviction. I have been appointed by the U.S. District Court to represent Mr. Pierre in this matter.

 At the present time, the U.S. Attorneys' Office for the District of Columbia has not waived its right to proceed with the case as a death penalty prosecution. Further, the Department of Justice has not stated the case is exempt from such prosecution under their new protocols.

    Accordingly, on behalf of Mr. Pierre, I advise you and your embassy of this prosecution; and, further, Mr. Pierre asserts any rights with your embassy that he has for assistance or aid in defending this prosecution.

    Should you need any further information, please do not hesitate to contact me immediately.

Sincerely yours,

John Carney
