UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** 12(JDB) | : | **CRIMINAL NO. 06-102- 09, 10, 11,** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ANDERSON STRAKER** | : | |
| **WAYNE PIERRE** | : | |
| **CHRISTOPHER SEALEY** | : | |
| **KEVIN NIXON** | : | |

**PROPOSED ORDER**

Upon consideration of the government's Unopposed Motion to Reset Status and Enlarge Time to Notify the Court Concerning the Death Penalty, it is this ___ day of September, 2007,

ORDERED that (1) the motion is GRANTED for the reasons stated in the Motion; (2) the time by which the government shall notify the Court and counsel with regard to death penalty issues is enlarged until _ _____; and (3) the status hearing set for September 16, 2007 is reset for _____ .

_____
Judge JOHN D. BATES

cc:

| | |
|---|---|
| Jeanne M. Hauch<br>National Security Section<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-5776 telephone<br>(202) 307-6059 facsimile | Bruce R. Hegyi<br>Federal Major Crimes Section<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 305-9637 telephone |
| Edward C. Sussman, Esquire<br>601 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 737-7110 | John J. Carney, Esquire<br>Carney & Carney<br>601 Pennsylvania Ave., N.W., Suite 900<br>Washington, D.C. 20004<br>(202) 434-8234<br>(202) 323-9760 (fax) |
| Pleasant Brodnax, Esquire<br>Moffitt & Brodnax<br>1700 Pennsylvania Ave., N.W.<br>Suite 400<br>Washington, D.C. 20006<br>(202) 462-1100 | Patrick Donahue, Esquire<br>The Donahue Law Firm<br>18 West Street<br>Annapolis, MD 21401<br>(301) 261-1199<br>(410) 280-0905 (fax) |