## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ANDERSON STRAKER,
WAYNE PIERRE,
CHRISTOPHER SEALEY, and
KEVIN NIXON,

Defendants.

Criminal No.  06-102 (JDB)

**FILED**

SEP 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's unopposed motion to reset status hearing and enlarge time to notify the Court concerning the death penalty, it is hereby

**ORDERED** that the motion is **GRANTED** for the reasons stated in the motion; it is further

**ORDERED** that the government shall notify the Court and counsel with regard to the death penalty issues by not later than November 9, 2007; and it is further

**ORDERED** that the status hearing set for September 14, 2007 is **VACATED**, and the parties shall appear for a status hearing at the previously set date of November 15, 2007, at 2:00 p.m. in Courtroom 8.

_____/s/_____
JOHN D. BATES
United States District Judge

Date:   September 5, 2007