UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    :

                    v.                              :    CR. NO. 06-102-ALL (JDB)

ANDERSON STRAKER ET AL                    :
                    :
        REQUEST FOR INTERIM COMPENSATION FOR INVESTIGATORS

        Counsel for defendant Straker, on behalf of all investigators appointed in this matter

pursuant to the Criminal Justice Act, respectfully requests that this honorable court approve the

payment of interim compensation and submit its approval to the U.S. Court of Appeals for the

D.C. Circuit. In support of his request, counsel states the following:

        1. Counsel has been requested by various investigators in this matter who have been

appointed under the Criminal Justice Act to request that the court approve the payment of interim

compensation for their efforts. Recently such a request was made on behalf of all appointed

counsel.  The extent of the allegations and the likelihood of a superseding indictment, coupled

with the voluminous discovery, requires substantial and extended effort on the part of

investigators as well as counsel.

        2. Payment of interim compensation, which is expressly provided by statute, will alleviate

the financial hardship that investigators will be required to bear during the lengthy pendency of

this matter.

        WHEREFORE, for the foregoing   reasons, counsel respectfully requests that the court

grant their request and approve compensation in the manner suggested in the attached order.

Respectfully submitted,


_____/s/_____

Edward C. Sussman, No. 174623

On Behalf of All Appointed Investigators
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C.. 20004
(202) 737-7110



<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT a copy of the foregoing was served electronically on

all co-counsel in this matter on this 18th day of October, 2007.


_____

Edward C. Sussman

2