UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No.06-102-10(JDB) |
| | : |
| V. | : |
| | : |
| | : |
| | : |
| **WAYNE PIERRE, ET AL** | : |

**MOTION FOR LEAVE TO ADOPT AND JOIN IN
CODEFENDANT ANDERSON STRAKER'S
<u>MOTION TO DISMISS INDICTMENT</u>**

The defendant Wayne Pierre, through undersigned court-appointed counsel, respectfully moves this Court for entry of an Order granting him leave to adopt and join in codefendant Anderson Straker's Motion To Dismiss Indictment (ECF 190) as if the motion were filed by him. This request is made for judicial economy purposes in order to avoid repetitive motions and rulings. In addition, the arguments raised by codefendant Anderson Straker in his motion are equally applicable to defendant Wayne Pierre.

Respectfully submitted,

_____/s/_____
John J. Carney
Carney and Carney
601 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20004
(202) 434-8234
Fax No. (703) 323-9760
Bar No. 241-745

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via Pacer, upon Bruce Hegyi, Assistant U.S. Attorney, and other counsel of record.

                    _____/s/_____
                      John J. Carney