UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No.06-102-10(JDB) |
| | : |
| V. | : |
| | : |
| | : |
| | : |
| **WAYNE PIERRE, ET AL** | : |

**ORDER GRANTING MOTION FOR SEVERANCE**

The Court, having heard the defendant's motion to severance, **GRANTS** the motion.

SO ORDERED THIS_____DAY OF_____, 2008.

_____
United States District Court Judge