EXHIBIT 2

MICHAEL BOURNE
BOYKE

**STATEMENT**                    7035

Name: CHRISTOPHER SEALEY                          Date: 23/6/78
Occupation: Shop keeper      Sex: Male   Age: 32 years
Address: LP 54 Kingston Avenue, La Canoa Road, Santa Cruz

Investigating Officer taking Statement: No. 13158 WPC Mitchell-Coryne
Others present: No. 16502 R. Pinder, Justice of the Peace Mr. Asquith Clarke and Hugh David Sealey Jnr.

Date: 8th August 2006   Time Commenced: 9:15pm   Place: Arouca Police Station
                                                         HOMICIDE

"G"
Re-man Method
6/11/06

I, MICHAEL BOURNE also known as CHRISTOPHER SEALEY and BOYKE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be given in evidence. I have also been told that I have the right to retain a legal adviser. Christopher Bourne 8.8.06   Hugh S— 8-8-06
A.C. the same J.P 8/8/06   In early January, 2005 WAYNE PIERRE come and check meh and say he have some scene line up he tell meh how we go meet by Melownoodes. When we reach by Melownoodes everybody was dey the soldiers and them. The soldiers and them start to talk

C.B x

about the same man "BO" like which part he does be drinking in El Socorro and after the meeting by the bar they tell me to go across by the car. When we reach across to the car the soldier bring the two gun and handed it to me and SHAKA. and after the driver drive off and

Christopher Bourne 8-8-06
Hugh S— 8-8-06   A.C.  the J.P. 8/8/06

I, ^me Aranguez

went down the road by ~~El Socorro~~ | x CB

CB ~~side~~ and after we drive down

~~El Socorro~~ Aranguez he drive around and | x CB

show me where the man is inside

the bar. After we leave and come

out the car and went inside the

bar and after we reach in the bar

I end up sticking the man up.

Me and ~~mica~~ and after we

took him to the car Saucy was

driving. We went up Santa Cruz

and hand him over to the man

dey call SOLDIER. After we

hand him over to NINJA dey take him

and go away with him. I

leave and went home and then

the SOLDIER come up the road

by me in the night for the gun

the gun had no shots in it and

CB I give ~~him~~ ~~fed meh~~ ~~prefrom the gun to give the soldier~~ CB

I give him cause ah didn't

want meh name to call. they

end up calling meh name and say I

do it and beside that I have a

witness who came and was there when

he come and collect the gun. After

that NINJA come and tell meh that

the man died with some sickness

he had and he end up chopping

him up and burying him and

everything. NINJA was in he car | CB

when he come and tell meh that.

Christopher Bourne  8-8-06

8-8-0-6

## STATEMENT

Name ........................................................................ Sex .......... Age ..........
Occupation ................................ Address ..............................
Investigating Officer taking Statement  Con't.....
Others present ........................................................................

| Date | Time Commenced | Place |
|------|----------------|-------|

QUESTION: Do you know WAYNE PIERRE by any other name and where does he live?

ANSWER: Yeah, ninja, and he live in Bourg Mulatress, Santa Cruz and we went to school together and I use to see him in school

QUESTION: What do you mean by scene line up?

ANSWER: He end up coming up and showing meh about the soldier and them and they were planning to kidnap the man for money and they were planning it by Melonwoods.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Melonwoods?

ANSWER: That is by the Club in Bourg Mulataress.

QUESTION: Who was at the meeting at the

CBO Christopher Beurne 8-8-06
Hugh ...... 8-8-06

## STATEMENT

Name ..................................................... Sex ........ Age ........
Occupation .............. Address ............................................
vestigating Officer taking Statement ......................................
Others present ..........................................................

*continued*

| Date | Time Commenced | Place |
|---|---|---|

and I use to pass and see him right through. He was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?
ANSWER: Yeah, he name Smucy, ah we went to school together. He was older than me and he living up in Boug Mulatress by NINJA.

QUESTION: Does BRINSA have a car and describe it?
ANSWER: Yeh he have one ah think it is a grey, but ah don't know the number.

QUESTION: What do you mean by sticking him up and say how this was done?
ANSWER: STAKA was standing outside in road in front the Club and I walk in and tell the man that we come for him and after I tell him lah we walk. I had the gun in meh hand. That was a dummy gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything

M. Ludwin 8/8/06    Christopher Bourne 8-8-06
Ricky Soodeen 8-8-06

he just walk and when we reach to the car SITAKA put him inside the car and after I jump in and went up the road with STACY. and the same soldier who was away with NINJA was sitting in a car over the road watching the scene.

QUESTION: when you was by the woods and the soldier bring the gun. which one of the soldier was that?

ANSWER: The same soldier who was moving with ninja and living up by he give me the gun inside the car. He give SITAKA a gun too.

QUESTION: who showed you the man in the bar?

ANSWER: The same soldier who living up by NINJA show me the man.

QUESTION: when did you hear the man died and how long after you learn of his death

ANSWER: It was about two weeks ah hear he dead when NINJA come up by the shop and tell me the man dead and be on he hand and he chop him up.

QUESTION: Did you receive any money

ANSWER: No.

QUESTION: Did you kill the man?

ANSWER: I did not kill no man and nych ah take part in it.

Christopher Bourne 8-8-06

## STATEMENT

Name: _continued_
Sex: 
Age: 
Occupation: 
Address: 
Investigating Officer taking Statement: 
Others present: 
Date: 
Time Commenced: 
Place: 

QUESTION: If you see the soldier who was riding with NINJA all the time would you be able to identify him?

ANSWER: Yeah because he who set meh up with the gun. Christopher Bourne 8-8-06 [signature] 8-8-06

[signature] Park JP 8/8/06   M. Cruber 8/8/06

The above statement has been read to me and I have been told that I can correct, alter or add anything I wish. This statement is true. I have made it of my own free will. Christopher Bourne 8-8-06 [signature] 8-8-06

[signature] Park JP 8/8/06

This is to certify that I was requested by the Police at the Homicide Bureau at Arouca that my presence was needed. On my arrival I met #13158 WPC Greene #16582 PC Pinder. A young man name Michael Bourne also called Christopher Sealey and his father Hugh David Sealey Jnr. WPC Greene informed me she was investigating an incident of Murder and Michael Bourne was the suspect. I then requested the Police Officers to leave the room so I could speak to the suspect

to which they complied. I then asked the suspect if he was threatened abused or promised anything to give the statement and he said No. He was giving the statement on his free own free will. I also told him he was not obliged to give any statement and he said he wanted to give a statement and he wanted the Police to write the statement. I then recalled the Police officer to the room. WPC Gosine got the statement sheet wrote all that was required at the top and read the Preamble to the suspect and he said understood and she wrote it. The suspect signed and dated it along with his father PC Pinder and myself also signed and dated it. The suspect dictated his statement while WPC Gosine recorded it. She also asked questions so as to clarify areas a which needed to be properly identified to which the suspect answered. She then asked him if he was satisfied with she wrote as she read the statement to the suspect in the presence of his father. He said he was satisfied that I correctly recorded and he signed and dated, likewise PC Pinder the suspect and myself

G P., TR./TO.—P 180—50,000— /99

STATEMENT

Name...........................................................................................Sex............Age............
Occupation..................................................Address.........................................
Investigating Officer taking Statement :.............................................................
Others present...............................................................................................

Date            Time Commenced            Place

signed and dated it. The subject then wrote a Certificate from the Judges Rules to which again he signed and dated it his father did likewise PC Pindar and I did likewise.

[signature] Agnetha [?]
Justice of the [Peace]  8/8/06
St. George [?]

Time ended 9:45pm on Tuesday 8th August, 2006
Recorded by: Jermaine Mitchell - Gorque PSF.
[signature] 8/8/06.