EXHIBIT 3

7030

Chib?

ANSWER: It was me STRIKA, NINJA
and three soldiers.

QUESTION: Do you know STRIKA by
any other name?

ANSWER: No all I know is that he
living somewhere in Santa Cruz.

QUESTION: Describe the man in the
bar?

ANSWER: It was an Indian, low hair
slim with beard and thing.

QUESTION: Did the soldier tell you anything
about the man?

ANSWER: They say he used to fight war
in Vietnam or something like that.
Like they had their plan before.

QUESTION: Describe the soldiers who
was there at Melowwoods?

ANSWER: It had one that was taller
than all the rest, dark, his hair was
low. Next one he was riding hard
with NINJA and he not in the force
and he get throw out of the force.
He was brown skin, short, straight
muscular in body and had a low cut.
I know him by seeing him in Bourg
Mulateress opposite NINJA house. Sometimes
NINJA would pass with him in the car.
Then it have the next one he still in
the force he used to be fixing where
they does fix radio and thing by
MIGUEL and them opposite Melowwoods

R.P., Th/70—P 190—50,000—/99   Christopher Bowene 8-8-06
M.[illegible] 8/8/06   [signature] 8-8-06   [illegible]

OCB