EXHIBIT 4

"X" for
Identification
[signature] McOwsky
31/10/06

"M1"
[signature]
6/1/06
La Horquetta Police Station
Friday 06th January 2006

TIME: 11:30 pm

Interview of ANDERSON STRAKER age 32

By Insp. ABRAHAM
No. 14837 Cpl. TROTMAN
No. 16123 Pc. HUGGINS

Insp. ABRAHAM told the suspect ANDERSON STRAKER of a report of kidnapping and murder of BALRAM MAHARAJ which occurred during the period of the 6th and 15th April 2005, which he was investigating, and he had information that he is one of the persons responsible for the said kidnapping and murder and cautioned him and told him of his rights and privileges and he made no reply or request.

Q   How long you living in Maloney?
A   Ah born and grow in Maloney.
Q   Where else you live?
A   Samaroo village Arima.
Q   What business you on?
A   Ah had a dry cleaners in Samaroo village but it closed down now. Ah also have ah house in Maloney what ah does rent out with meh married wife. Ah have another place next to the Malabar Government school.
Q   You ever share an apartment with anybody?
A   Yes, Doreen Alexander and she children for about five months.
Q   Who you use to live with too?
A   Ah live there with meh common law wife Laesus and meh three daughters in de apartment for about five months but Doreen and meh wife wasn't getting along too good.
Q   When you moved out where did you live?
A   Ah move back to Maloney and ah get ah government job in Barrackpore for about three years.
Q   Who was Doreen husband when you was living with her?
A   I doh know I never see nobody coming to visit she.
Q   The last child Doreen has, who is the father?
A   I doh know but ah know she have ah baby but people say that somebody take de baby boy and gone to America.
Q   She wanted a visa, did you assist her?
A   Yes she wanted one but I could not help she.

[signature]

TT-001921

2/5

Q Did she get a visa?
A I doh know
Q She never told you who took the child?
A Ah hear de father take de child
Q When did you hear about that, before or after she ask it you for a visa?
A Ah hear bout dat before she ask meh, ah read about it in de papers
Q What is your phone and Doreen ever call you?
A My number is 768 8899 ah Ah hah no other phone and no she never call na by phone
Q What kind of vehicle you have?
A Ah hilux toyota TAV 948? ah yeah remember de last number off hand
Q Doreen and yourself continue to see each other?
A Do not really.
Q Who are your friends? Who is Suschit?
A I doh really have much friends nah, ah is ah family man, ah know he from around ah mechanic
Q You heard Doreen husband was kidnapped?
A yeah ah see dat in de newspapers
Q Doreen never told you that her husband was an ex-army officer in America?
A No she never tell meh dat
Q Could you read?
A Do not too good.
Q Where does Suschit live?
A Ah knows about ah place on de Compra road Arima
Q What is your phone number?
A 768 8899
Q When was de last time you see suschit?
A Ah last see him dis week when ah bring ah partner to buy sunny parts meh partner buy de car from him for $1500.00 it no drivable, is ah black nissan sunny other dan dat ah does see him around all de time
Q When you went Canada who drop you in de airport?
A Suschit drop meh in de airport.

2246

Q You know a man name Leo?
A Ah know two people name Leo Leo RODRIGUEZ and LEO THOMAS
Q Where are they from?
A Leo Thomas from Laventille Leo Rodriguez from somewhere in Port of Spain.
Q Who did you leave your van with?
A Puschit.
Q Did you obtain a visa for six months in Canada?
A Yeah ah use to live dey before wah went for ah six months but meh daughter die so ah come home.
Q Do you have a brother in America?
A Yeah but ah did not want to go dear.
Q Do you have a valid US visa?
A Yeh wee yuh in Montreal yuh could go an apply for me
Q What is your phone number?
A 768 8899
Q Where do you live?
A In becca villa dogars that is vaayaava proper
Q How many phones you know Doreen dat 1st Lot?
A Ah knows she have one and I don't know de number
Q In April last year was that the time you left?
A Ah yeh remember now
Q Did Doreen call you the day after the man got kidnapped?
A Ah she not call me
Q Have you ever been to lorn A8?
A Yeah Pelican Ext. doxsit by meh common law wife she name is Marsha
Q Around the time the man was kidnapped where were you living?
A Ah was living in vaayaava and ah still living dey.
Q Did you know anything about the kidnapping of BALRAM MAHARAJ.
A Ah know about it in de news papers
Q It is alleged that you and a group of men kidnapped Balram Maharaj?
A I doh know nothing bout dat
Q Are you willing to go over these notes and sign them?
A No I am not signing it.

Ended 1:15pm

TT-001923