"WL1"

Sherman McNicolls 2047
13/11/06

LA HORQUETTA POLICE STATION
DE FREITAS BOULEVARD
LA HORQUETTA
SATURDAY 7th JANUARY 2006

EXHIBIT 5

INTERVIEW OF:
NAME: ANDERSON PATRICK STRAKER
DATE OF BIRTH: 17th NOVEMBER 1973
AGE: 32 yrs
ADDRESS: PIERVILLE, MAYARO
TIME: 4:20 p.m.
BY: No 13375 Ag Cpl LUCAS
PRESENT: No 16144 PC ABRAHAM

No 13375 Ag Cpl LUCAS told suspect Anderson Patrick Straker of a report of kidnapping and murder of Balran "Balo" Maharaj which occurred during the period 6th April 2005 and 13th April 2005 which he was investigating and he had information that he is one of the persons responsible for that said kidnapping and murder and cautioned him, told him of his rights and priveledges and he replied "I have nothing to do with that"

Q. What are the different combinations you use for your name?
A. Andy Straker and Anderson Straker, that is all, on my I.D card have Anderson Patrick Straker and on my drivers permit have the same thing.

Q. Have you ever been charged by the Police before?
A. Ah yeah, ah get charge for malicious wounding but that case get throw out and ah time ah get charge for marijuana and that case get throw out too, no other charge other than them two. Ah had some traffic violations, like ticket and thing, but all them thing pay off.

Q. Where are the different places you have lived?
A. Ah live Samaroo village, Arima with meh wife Marsha Gregwah. Then ah rent opposite the Malabar Government school in Malabar with DOREEN ALEXANDER meh wife Marsha and we two children.

Q. Who was Doreen living with at the time?
A. She was living there with she son who is about seven years, and she had tell me that she had ah lil baby and the child father take the child and carry the child New York. I used to be hearing she and she parents talking bout that.

Q. I have information that you and others chopped up Balram Maharaj, is

[signatures] 13375 Cpl 7/1/06 / Abraham PC 16144 7/01/06

that correct?                                                    ?pgB

- I never chap off no head and no head.
- How long do you know Doreen Alexander?
- I know Doreen for about ah two year span, while ah was renting from she in Arima, but ah can't remember when exactly that was.
- When was the last time you saw Doreen?
- Sometime before the Christmas in December month last year, ah had see she in Arima with she kids and ah hail she out. Other than that ah does see off and on in Arima by the frigoshed when ah passing through Arima.
Q. Do you own a cellular phone?
A. Yeah I have a cell phone more than ah year now, the number is 768-8899.
Q. Do you know that Doreen had a child with the deceased Balram Maharaj?
A. When ah was living by Doreen, ah get some information that she child father take she child, that was just before ah went by she to rent and ah was hearing is some man name Maharaj and he take the child to the United States. Some months after I move out of Arima from by Doreen, she call me and ask me if I could help she get a U.S. visa, but I did not assist she in getting the visa.
Q. Do you own a vehicle?
A. Yeah I have a black hilux, is a TBW hilux and ah black six to six, that is ah PAT lancer car, ah can't remember the numbers of the vehicles, because is meh father Winston "Gypsy" Peters who give me the hilux van.
Q. How well do you know the San Juan area?
A. Ah don't know San Juan so good like street name and thing, but ah could drive through San Juan good, ah know up Morvant side up Pelican extension, because that is way my child mother from.
Q. Did you and Doreen communicate on the Telephone?
A. Yeah man, Doreen call me already on my phone about once or twice, but ah can't remember the last time she call me on my phone nah.
Q. Do you know Doreen's husband?
A. No, ah know Doreen present husband, ah red man, but I ah know he name and thing, I just know him from around in Grande working some years.
Q. Did Doreen's husband ever call you on your cellular phone?
A. Nah, he never call me and I never call he on me phone
Q. When was the last time you went to Canada?
   K. Abraham Rm 16144  7/01/06 — [signature] 7.1.06

JO41                                    3

A. The last time was sometime in May, under the name Anderson Stroker, ah did buy meh ticket up in Arima and ah fly on Air Canada.

Q. How long after you heard of Balram Maharaj's kidnapping did you go to Canada?

A. Was about three weeks after that, ah went to see my son and daughter ah maybe stay for about three weeks.

Q. Do you know anyone by the name Suchit?

A. Yeah.

Q. What is his correct name?

A. David Suchit.

Q. How long have you known David Suchit?

A. Hmm, I know David real years, when ah was going Canada last year, he drop me in the airport and ah let him keep meh van and work it and give meh mother money, and when ah come back ah take the van from him. I used to call him from Canada on he mother phone and talk to him but ah can't remember the number.

[Signature] R. 16144 7/01/06          [Signature] 7.1.06