UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No.06-102-10(JDB) |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| **WAYNE PIERRE, ET AL** | : |

**ORDER GRANTING MOTION TO SUPPRESS STATEMENTS**

The Court, having heard the defendant's Motion to Suppress Statements, **GRANTS** the motion.

**IT IS FURTHER ORDERED** that the government is precluded from using the statement of defendant made on January 28, 2006, in its case in chief.

SO ORDERED THIS_____DAY OF_____, 2008.

_____
United States District Court Judge