LA HORQUETTA POLICE STATION

Saturday 28th January 2006.

TIME: 8:20 AM

INTERVIEW OF WAYNE PIERRE age 36 years of Caratal, Gasparillo.

By: 11091 CPL. PARK

13121 W.P.C. STEELE-WILLIAMS

16123 P.C. HUGGINS

No.11091 Cpl. PARK told suspect WAYNE PIERRE of a report of kidnapping and subsequent death of BALRAM MAHARAJ which occurred during the period 6th April 2005 and 8th January 2006 to which he was assisting in the investigations and he had information that he is one of the persons responsible for the said kidnapping and subsequent death and cautioned him, told him of his rights and privileges and he replied, "I cool by myself but me eh know nothing about that."

Q. What is your correct name?

A. WAYNE PIERRE. But dey does call meh NINJA.

Q. Where are you working?

A. I not working presently but sometimes I does work with URP.

Q. Where did you go to school?

A. I went Brook Primary School but no secondary school. I went and learn trade.

Q. What about your family?

A. Ah have two children. My son is 13 and meh daughter is 20 months. I is de fifth of ten brothers and sisters. My oldest brother dead with a stroke he was about forty something.

Q. Where are you staying?

A. Ah living Caratal Gasparillo about 3 years now by myself.

Q. Do you hunt?

A. I doh hunt again. I used to long time with chinee, Nigel and with Mr. Ferret too. But ah lock off that long time.

Q. Do you know Ketch it?

A. Yea I know he. He does hunt sometimes too.

Q. Do you know Zion?

A. Yea I know Zion. I eh know him as any hunter. Ah know him around with his wife around de area.

Q. What about Saucy?

A. Ah know him from de area

Q. When was de last time you were in Santa Cruz?

A. About 2-3 weeks ago.

Q. What about the kidnapping of BALRAM MAHARAJ?

| | |
|---|---|
| A. | People does only make allegation against me. Ah spend 8 years in jail for ah ammunition charge. Ah does sell weed too nah I used to run de route. When I go back Brook after I realize people moving different, like dey feel ah coming back to sell weed again. All ah know about this thing is what I read in de papers. My sister tell me keep out ah Brook because my name easy to call nah. |
| Q. | You ever drive for Saucy? |
| A. | Ah know Saucy does drive a truck for somebody name Perry. |
| Q. | Saucy ever drive for you? |
| A. | Saucy never drive my car and I never give he any car to drive for me. I never rent no car or drive any rent car. |
| Q. | You never give Saucy a silver-grey Lancer to drive last April? |
| A. | I never give he any car to drive. |
| Q. | You know anyone name ANDY STRAKER? |
| A. | No. |
| Q. | Do you know any soldiers? |
| A. | Ah only know one man they does call soldier. Ah think he used to be a soldier. He real name JASON. We used to lime at a time but not now. |
| Q. | Have you ever sourced a crew to work with JASON? |
| A. | De only time I ever hire any crew for JASON was about 3 months ago ah pull in some men to do mason work in Santa Rosa and ah leave that because of ah money scene. |
| Q. | Do you lime at Mellow Moods Bar with JASON? |
| A. | Ah know de bar by de junction. Ah does pass through dey but ah doh lime. I doh know if JASON does lime there. |
| Q. | You never had any meeting with anyone at Mellow Moods? |
| A. | Boss, right now meh throat real dry. Ah want some water to drink. |

8:50 AM Cpl. PARK allowed WAYNE PIERRE to have a drink of water.

8:52 AM Interview Continues.

| | |
|---|---|
| Q. | What about when you meet fellas like Igloo, Ketch it, soldier and Stevo? |
| A. | I doh know any Stevo and Igloo. |
| Q. | Did you eat this morning? |
| A. | Yes I eat ah bread and drink ah juice. |

I hereby certify having recorded the notes of this interview by No.11091 CPL. PARK with WAYNE PIERRE in the presence of No.13121 W.P.C. STEELE-WILLIAMS, during the period 8:20 am and 9:30 am on Saturday 28th January 2006 at the La Horquetta Police Station. I read it over to him and asked him if he wanted to add, alter or correct anything. He said it was correct and signed it.   /s/ Gary Huggin P.C.16123 28/1/06.