UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No.06-102-10(JDB) |
| | : |
| **V.** | : |
| | : |
| | : |
| | : |
| **WAYNE PIERRE, ET AL** | : |

**MOTION TO STRIKE SURPLUSAGE FROM SUPERSEDING INDICTMENT
AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

**MOTION**

Pursuant to Rule 7 (d) of the Federal Rules of Criminal Procedure, the defendant, Wayne Pierre, moves this Court for an Order striking as surplusage the Notice of Special Findings, pages 17 through 20, from the September 20, 2006, superseding indictment.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The defendant is indicted in a two count indictment with the following: Count 1 - conspiracy to commit hostage taking resulting in death in violation of 18 U.S.C. 1203 (a); Count 2 - hostage taking resulting in death in violation of 18 U.S.C. Section 1203 (a). The penalty for Count 1 is imprisonment for any term of years or for life. The penalty for Count 2 is death or life imprisonment. The government has advised that it will not be

seeking the death penalty for Count 2 and, therefore, the Notice of Special Findings set forth in the indictment is surplusage. Rule 7, according to the commentaries, is a means of protecting the defendant against immaterial or irrelevant allegations in an indictment, which may, however, be prejudicial. With the removal of death penalty from consideration by the jury for Count 2, defendant submits the Special Finding language is immaterial, repetitive, and prejudicial and should be stricken.

Wherefore, defendant requests the Court to strike the Notice of Special Findings from the Indictment.

Respectfully submitted,

_____/s/_____
John J. Carney
Carney and Carney
601 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20004
(202) 434-8234
Fax No. (703) 323-9760
Bar No. 241-745

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via Pacer, upon Bruce Hegyi, Assistant U.S. Attorney, and other counsel of record.

_____/s/_____
John J. Carney

2