UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No.06-102-10(JDB) |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| **WAYNE PIERRE, ET AL** | : |

**ORDER GRANTING MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT**

The Court, having heard the defendant's motion to adopt and join in codefendant Anderson Straker's Motion To Strike Surplusage from the Indictment, **GRANTS** the motion.

IT IS ORDERED that the Notice of Special Findings is stricken from the indictment and the government is to provide the Court with a retyped indictment with the language regarding Special Findings deleted.


SO ORDERED THIS_____DAY OF_____, 2008.

_____
United States District Court Judge