```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA** :
:
: Criminal No. 06-102-10(JDB)
:
:
V. :
:
:
:
:
**WAYNE PIERRE, ET AL** :

### MOTION FOR DISCOVERY AND NOTICE OF RULE 12 (b)4(B) EVIDENCE

Comes now the defendant, Wayne Pierre, and moves, pursuant to Rule 12(b)(4)(B), F.R.Cr.P., for notice of the government's intent to use suppressible evidence.

This motion includes, but is not limited to:

1. Any statements or "admissions by conduct" made by the defendant to whomever and wherever and whenever made. The defendant has been advised of a statement of the defendant given on January 28, 2008, and the defendant has filed a motion to suppress that statement. Defendant seeks disclosure of any additional statements that might be subject to a suppression motion.

2. Any items, objects or information received as the product of a search executed by government agents.

3. Any recordings made pursuant to wiretaps, whether authorized or unauthorized, as well as the memorialized substance of conversations monitored by wiretap.

4. Any pre-trial identification procedure used including, but

not limited to, line-ups, photo spreads, one on one show-ups, and displays of one or more photographs and displays to one or more witnesses or potential witnesses. The defendant also specifically requests production of all lineup photos, photographic show-ups and reports relating the results of such procedures as well as a statement of the circumstances surrounding such procedures.

5. Any other evidence arguably obtained in violation of any federal, state, or local law, including agency regulations.

6. Any grand jury testimony the government has reason to suspect was perjured.

Respectfully submitted,

_____
John J. Carney
Carney & Carney
601 Pennsylvania Ave. N.W.
South Building, Suite 900
Washington, D.C. 20004
(202) 434-8234
(703)323-9760
Bar No. 241-745