UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : Criminal No. 06-102-10(JDB) |
| v. | : |
| **WAYNE PIERRE** | : |

**ORDER**

Upon consideration of the Defendant's Motion, pursuant to Rule 12(b)(4)(B), F.R.Cr.P. for Notice of Government's Intention to Use Suppressible Evidence, the Government's opposition thereto, and the entire record, it is by the Court on this_____day of _____, 2008,

ORDERED that the Defendant's Motion IS GRANTED; and it is further

ORDERED that, forthwith, the Government shall provide Defendant with particularized and explicit notice as follows:

1. Any statements or "admissions by conduct" made by the defendant to whomever and wherever and whenever made.

   2. Any items, objects or information received as the product of a search executed by government agents.

   3. Any recordings made pursuant to wiretaps, whether authorized or unauthorized, as well as the memorialized substance of conversations monitored by wiretap in accordance with the Court's Order on defendant's motion for disclosure of electronic surveillance.)

4.	Information on any pre-trial identification procedure used including, but not limited to, line-ups, photo spreads, one on one show-ups, and displays of one or more photographs and displays to one or more witnesses or potential witnesses. The government shall also produce a copy of all lineup photos, photographic show-ups and reports relating the results of such procedures as well as a statement of the circumstances surrounding such procedures.

5.	Any other evidence arguably obtained in violation of any federal, state, or local law, including agency regulations.

6.	Any grand jury testimony the government has reason to suspect was perjured.

_____
United States District Court Judge