UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No.06-102-10(JDB) |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| **WAYNE PIERRE, ET AL** | : |

### ORDER GRANTING MOTION IN LIMINE

The Court, having heard the defendant's Motion In Limine, **GRANTS** the motion.

**IT IS ORDERED** that the Government shall immediately provide notice of those out of court co-conspirator statements that it intends to use at trial in its case-in-chief. The Court shall later set a date for a hearing on the admissibility of these statements.

SO ORDERED THIS_____DAY OF_____, 2008.

_____
United States District Court Judge