UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No.06-102-10(JDB) |
| | : |
| V. | : |
| | : |
| | : |
| | : |
| WAYNE PIERRE, ET AL | : |

**SUPPLEMENTAL MOTION TO SEVER DEFENDANT**

The defendant Wayne Pierre, through undersigned court-appointed counsel, supplements his previous motion to sever (ECF Filing 192), based upon new discovery provided by the government. Defendant incorporates by reference his previous arguments and discussion submitted in his original motion to sever (ECF Document 192.)

**Discussion**

On April 24, 2008, the government provided defendant Pierre with a seven-page statement codefendant Kevin Nixon made to law enforcement in this case. (See exhibit 1.) The government did not indicate if the entire statement, or any portion of it, will be used as evidence at trial, but earlier indicated the statement would most likely be used as an exculpatory statement against defendant Nixon. Mr. Nixon's statement was given on Saturday, January 28, 2006, after Mr. Nixon's arrest on the charge of kidnapping and murder. Accordingly, the statement is not a co-

conspirator statement because it was not made in furtherance of any conspiracy. If the statement is used at trial, defendant Wayne Pierre will not have an opportunity to cross-examine or challenge the statement if Mr. Nixon fails to take the witness stand.

Mr. Nixon's statement is incriminatory of defendant Pierre. In this regard, Mr. Nixon is questioned regarding his association and knowledge of defendant Wayne Pierre, also known as Ninja. For the Court's convenience, the particular passages at issue in the statement are found at pages three and five. On page three of the statement, Mr. Nixon states the following:

Q. Do you know Wayne Pierre?

A. I eh know, you go have to call he alias.

Q. He name Ninja?

A. I hear about Ninja but me an he eh no friend. Ninja does take he lil drugs an ting an guns too. He tough, fat, fair, about ah lil darker than me, he ah lil taller than me. Negro with plats. He from Lower Sana Cruz, Upper and Lower Santa Cruz men warring from ever since this happen.

Later, on page five, Mr. Nixon states:

Q. I am putting it to you that you kidnapped Balram Maharaj.

A. I eh kidnap nobody. If I get charge, ah go sit down and fight meh case cause ah confident. These men calling meh name wrongfuly. Is de beef wit dem, Me an dem fellas does deal up. Anybody go do

2

anything to get somebody in jail. Is not now dis bacchanal going on, is years now.

Q. Why would these men want to talk untruths about you"

A. Men statin that I was paid ah certain amount ah money to deal with ah certain man, This is de talk on the street.

A. Ninja an dem saying that I get money to deal with Ninja from Codjoe. When ah say deal with ah mean murder.

Defendant urge that these statements are incriminatory and should either be excluded as evidence given defendant Pierre's inability to confront these statements. Alternatively, defendant Pierre requests severance from the codefendant and a separate trial such that the statements would not be used.

### **CONCLUSION**

In the absence of the government proposing how to redact these statements, defendant Pierre will be severely prejudiced in being unable to cross-examine defendant Nixon, who fully implicates defendant Pierre by name. For these reasons, defendant Pierre respectfully requests that his case be severed from codefendant Nixon for further proceedings or that the statements be excluded from use at trial.

```
                    Respectfully submitted,



              _____/s/_____
                       John J. Carney
                      Carney and Carney
             601 Pennsylvania Ave., N.W., Suite 900
                    Washington, D.C. 20004
                        (202) 434-8234
                    Fax No. (703) 323-9760
                      Bar No. 241-745
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via Pacer, upon Bruce Hegyi, Assistant U.S. Attorney, and other counsel of record.

```
                      _____/s/_____
                       John J. Carney
```