Morvant Police Station.

## INTERVIEW OF KEVIN NICKSON

| | |
|---|---|
| Date: | Saturday 28th January 2006. |
| Time Commence: | 9:10 AM |
| Name: | KEVIN NICKSON @ SHAKA   Age: 28 years. D.O.B:20/6/77 |
| Address: | LP55, Maraj Trace, Upper Santa Cruz |
| Occupation: | Labourer |
| Suspect's Apparel: | Black and white sleeveless jersey. Blue ¾ pants. |
| Telephone Contact: | 676-1495 – Mother. |
| Racial Origin: | Afro-Trini |
| Religion: | Muslim |
| Persons Present: | No.14117 W.P.C. BACCHUS |
| | No.14915 P.C. HARRYPERSAD |

No.14117 W.P.C. BACCHUS and No.14915 P.C. HARRYPERSAD identified themselves to KEVIN NICKSON as police officers by showing him their Trinidad and Tobago Police Identification Card. W.P.C. BACCHUS told KEVIN NICKSON that she was assisting in the investigation of the kidnapping of Balram Maharaj and subsequent murder of the said Balram Maharaj and that he was a suspect in this crime and cautioned him and told him of his legal rights and privileges and KEVIN NICKSON made no request.

Q. Who do you live with?

A. Meh moddar and grandparents.

Q. Do you work?

A. County Laventille as ah Labourer.

Q. How long do you work there?

A. Ah working three years now.

Q. How are you feeling?

A. I eh feeling too good. Ah was shot ah lil while now and bullet still in meh.

Q. How were you shot?

A. Ah was shoot in meh abdomen in Maraval. Ah went by ah girl in Maraval and when ah comin back out somebody shoot me.

Q. What did they take from you?

A. Some small money.

Q. Are you comfortable?

A. Yes.

Q. Did you have any breakfast?

A. Ah get bread and tea.

Q. Did you go to school?

A. La Puerta Government then Barataria Senior Composite. Ah get throw out in form five for smoking weed.

Q. Do you have children?

A. Two children and one on the way. Present two with one girl and the one on the way another girl. My boy is 3 and girl is 8. My girlfriend five months pregnant. The first girl name is CAMILE O'BRIAN the other is CINDY GABRIEL

Q. Does your family know where you are?

A. They eh know I in dis station.

Q. Have you ever been arrested?

A. Yeah for possession of marijuana bout 5 years ago. Another for pelting missile ah get charge $500.00 dollars and one matter pending ah armed robbery. It happen about 5 years now. Inspector Hillaire charge me for that. This happen Undercover, Upper Stanta Cruz.

Q. Did you do that robbery?

A. Ah get wrongfully arrested. Dey say ah waz armed with ah firearm.

Q. What is your defense to that?

A. That day ah get hold ah was in Maraval. Dey carry me to San Juan and Inspector Hillaire charge me.

Q. Can you read and write?

A. Cyar read so good. Ah could write ah lil bit.

Q. Who are your friends?

A. Everybody ah does hang out with does be home. Brian Phillip of Cantaro Road, Upper Santa Cruz, is meh partner. He wuk in a restaurant in Santa Cruz. We does hang out in Santa Cruz.

Q. Am I forcing you to say anything?

A. No. ah goin to get charge or what?

We don't know as yet. The chances are that you may be charged.

Q. Have you ever heard anything about this kidnap and murder?

A. I see on the papers that 3 or 4 persons get charge for that.

Q. Do you know the person who get charged?

A. No.

Q Who are your other friends?

A. Atiba Pries of Cantaro Road Upper Santa Cruz. He is ah welder. He have he own shop.

Q. Did you ever have a firearm?

A. In de earlies about six years ago. Ah run meh lil racket in de earlies. Ah was involved in robberies.

Q. Did you do that last robbery that is pending?

A. ~~Yes~~. But they suppose to carry me on ID parade I did not go in any ID Parade.

Q. Do you know the persons who get charge for this murder?

A. I livin high up in Santa Cruz and I doh really know them.

Q. Do you know Dole Chadee?

A. He din kill nobody but he end up with ah murder case.

Q. What can you tell us about this kidnapping and murder?

A. Me eh know nothing bout this scene maam. I won lie to you.

Q. are you being treated fairly?

A. Yes. I eh know nothing. I win be in dem scenes. I want to see meh children grow up.

Q. Do you know Boyce correct name or David Sealy?

A. I eh know nobody by that name.

Q. Do you know any soldiers?

A. Yes, he in custody right now he name Anton Wills. He in Santa Cruz.

Q. do you know Wayne Pierre?

A. I eh know, you go have to call he alias.

Q. He name NINJA?

A. I hear about Ninja but me an he eh no friend. Ninja does take he lil drugs an ting an guns too. He tough, fat, fair, about ah lil darker than me, he ah lil taller than me. Negro with plats. He from Lower Santa Cruz, Upper and Lower Santa Cruz men warring from ever since this happen.

Q. Where does your girlfriend live?

A. Mc Carthy Street, Upper Santa Cruz.

Q. Where does your pregnant girl live?

A. Diego Martin. Richplain Lane diego martin, de six house on right.

Q. What is your phone number?

A. I cyar remember.

Q. Do you know Ketch it?

A. No I eh know.

Q. Who is Saucy?

A. Me eh know him.

Q. Who is Zion?

A. I eh know. But that is one ah de people ah see in de papers. I never know him before that.

Q. Can you read or not?

A. I cyar read.

Q. So you never seen Zion before?

A. I really see Zion before limin by ah bar lower down Santa Cruz by Mellow Moods Bar. Ah remember seeing him ah lil while now. We never really talk because ah de warring.

Q. What did you do last week Monday?

A. Ah went to work 7 in de morning. My base is in Laventille on de street in St. Barbs. I eh really supposed to be in St. Barbs. I is ah changed man now.

Q. Do you go to church?

A. I go to mosque every Friday. I was ah member of the Jamaat al Muslimeen but meh partner Keith Villafarna leave dem so I stop going wit de Jamaat. Dis was

bout 4 years now. Meh breadrin who introduce me to dem get throw out so I leave to.

Q. What does Allah say about self-forgiveness and untruth?

A. He say talk de truth if you doh talk de truth you go end up in hell fire.

Q. What do you ask for forgiveness for?

A. For all de wrong ah have done in meh past like robberies and other things.

Q. Do you feel like you have Allah's forgiveness?

A. Yes because de bullet ah get shoot with pass six inches away from meh heart.

Q. Where did you get hold?

A. Ah was waiting for de police home cause dey was looking for me.

Q. What do you know about Balram Maharaj?

A. What I read in de papers. De man look like ah dougla in the papers.

Q. I know that you know all the names that I called just now I also know that you were involved in this crime. We have other persons in custody including you and they are also involved. I know everything about this crime. You have a chance to repent. I know this plan started in January 2005 and it was originally to kidnap Balram Maharaj child. I am putting all this to you.

A. Maam I eh know nothing. On dat day I come from wuk 11:30. I went to wuk half past seven. We wuk raster alley Laventille. Ah den went tong and buy ah sneakers ah black Nike. Ah come home half past eleven this is Cantaro Village. Ah take ah bath, went up on de block and take ah lil smoke. Atiba and Brian Phillip was on de block. About lunch time ah stay bout half hour an went home. Me grandmother was home she name Irene Charles. Ah relax and drop asleep. When ah get up bout 6:30 pm. Ah say prayers and walk out de road on de block. Froggy who live about eighty footstep away fro me, Ajamo who live on de same street with Froggy, Peter who live on top ah de hill all ah dem was on de block. Ah lime till half past nine and went home ah say prayers and went to sleep.

Q. Did you kidnap Balram Maharaj?

A. I never kill or kidnap dis man. I eh know nothing bout that.

Q. Do you want to get blamed for something you did not do?

A. I doh think so. I like meh neck. I doh want to get charged for anything. Kidnapping is life in jail too, just like murder.

Q. Do you think you are innocent?

A. If I was guilty I woulda get charge with de first three men, dat is why I give up mehself by de club.

Q. What do you think you can do to help yourself right now?

A. Nobody cyar help me right now. I doh know de names you call just now. Whoever giving you information doh know what dey talking bout. Dey probably have some beef wit me. Anything go on in Santa Cruz my name is de first name people calling.

Q. Is this the first time homicide ever spoke to you?

A. This is de second time. De first was for ah murder in Santa Cruz bout six years now in front de bar firehouse. I din do that cause Allah wit me.

Q. I am putting it to you that you kidnapped Balram Maharaj.

A. I eh kidnap nobody. If ah get charge, ah go sit down and fight meh case cause ah confident. These men calling meh name wrongfully. Is de beef wit dem. Me an dem fellas does deal up. Anybody go do anything to get somebody in jail. Is not now dis bacchanal goin on, is years now.

Q. Why would these men want to talk untruths about you?

A. Men statin that I was paid ah certain amount ah money to deal with ah certain man. This is de talk on de street.

Q. Which man you was supposed to deal with?

A. Ninja an dem sayin that I get money to deal with Ninja from Codjoe. When ah say deal with ah mean murder.

Q. How long ago you heard this romour?

A. Bout two years now. Maam these men only spreading meh name.

Q. Where is Mellow mood bar?

A. At de corner ah Bourg.

Q. When last you lime at this bar?

A. Not dis August, de August before that in de night.

Q. Do you think you were safe that night?

A. ah know ah was safe that night. Ah was with Brian, Atiba, Ketch it, Brent, Jason ah cyar put it in writing but ah know ah was safe.

Q. I am putting it to you that my informant has nothing personal with you.

A. If you say so.

Q. Have you ever read about anything else in the newspapers.

A. Yeah de kidnap and murder of de woman, de execution in Mentor Street, Laventille.

Q. Do you know KENNETH PIERRE?

A. No I eh know he.

Q. Do you know Ricardo Stephenson?

A. No.

Q. Do you know Ricardo Dephin?

A. No

Q. Do you know soldier?

A. No.

Q. do you know Saucy?

A. No

Q. Do you know Boyee

A. No I doh know he

Q. Do you know Straker?

A. Nah me ah know he

Q. What did you do for your Birthday last year?

A. Ah was in Club Coconuts.

Q. What did you do on 16th December?

A. Ah tell you already.

Q. What did you do on 13th October?

A. If is ah weekend ah din work.

Q. What did you do on 6th April?

A. Normally if ah wuk ah go go home and rest.

Q. Do you want something to eat or drunk or use the washroom?

A. Ah want some water. Interview Paused: 10:28 AM

10:30 AM No 14915 P.C. HARRYPERSAD left interview room.

10:35 AM No.14915 P.C. HARRYPERSAD returned to interview room with a bottle of water in a Blue Waters Bottle and gave same to KEVIN NICKSON and he started to consume same.

10:40 AM KEVIN NIXON requested to use the washroom.

10:42 AM No.14915 P.C. HARRYPERSAD left the interview room with KEVIN NIXON

10:50 AM No.14915 P.C. HARRYPERSAD returned to interview room with KEVIN NIXON, he having relieved his bowels in the washroom.

10:52 AM

Q. Interview resumed. P.C. HARRYPERSAD read over notes made. W.P.C. BACCHUS asked him to sign it.

Officer ah go talk to you but ah want to rest meh head ah lil bit before ah continue and sign de notes. I eh too comfortable here.

Interview stopped 11:05 AM.

/s/ Sheldene Bacchus W.P.C. 14117        S. Harripersad P.C. 14915
28/1/06                                   28/1/06.

I hereby certify having conducted this interview with KEVIN NICKSON aka SHAKA, 28 YRS of LP55, Maraj Trace, Upper Santa Cruz at the Morvant Police Station on Saturday 28th January 2006 during the period 9:10 AM and 11:05 AM. Prior to the interview P.C. HARRYPERSAD and I identified ourselves by means of Trinidad and Tobago Police Service Identification Cards. I told the suspect that I was assisting in the investigations surrounding the kidnapping and murder of BALRAM MAHARAJ whose body was found on 8/1/06 at Grand Curacaye, in which he is a suspect. I cautioned him in accordance with the Judges' Rules and inform him of his legal rights and privileges and he denied any knowledge or involvement in the matter. P.C. HARRYPERSAD read over the notes made to KEVIN NICKSON once. I informed him he can correct, add or alter anything in the notes made and he made no

corrections. I asked KEVIN NICKSON to sign each of the pages of ntoes made during the interview and he refused. P.C. HARRYEPRSAD and I affixed our signatures and the date on each page of the notes made. During the interview, KEVIN NICKSON was allowed to drink some water and to use the bathroom facilities at station.

/s/ Sheldene Bacchus W.P.C. 14117
28/1/06.