UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                :
                                 : **Criminal No. 06-102-10(JDB)**
                                 :
                                 :
    **v.**    :
                                 :
                                 :
                                 :
**WAYNE PIERRE**                 :

### ORDER

Upon consideration of the Defendant's Motion and Memorandum for Disclosure of Basis for Intended Use of Other Crimes Evidence and, alternatively, Motion in Limine on this _____ day of _____, 2008,

ORDERED that the Defendant's Motion IS GRANTED; and it is further

ORDERED that, forthwith, the Government shall provide Defendant with particularized and explicit notice as to the basis or theory for admission of each of the four other alleged kidnappings stated in its notice.

_____
United States District Court Judge

1