UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.<br><br>ANDERSON STRAKER,<br>WAYNE PIERRE,<br>CHRISTOPHER SEALEY,<br>KEVIN NIXON,<br><br>          Defendants. | Criminal No.  06-102  (JDB) |

## ORDER

The Court has conducted a preliminary review of the briefing concerning the admissibility of evidence under Fed. R. Evid. 404(b) [#199, #203, #217] and the briefing concerning defendants' motion for discovery of evidence relating to an alleged joint venture between the United States and the Republic of Trinidad and Tobago [#207, #208, #215, #227], and has concluded that additional briefing is necessary, notwithstanding the expiration of the deadlines for briefs on these subjects. See Order ¶¶ 2-3 (filed July 1, 2008).  Accordingly, it is hereby

**ORDERED** that the government shall file, by not later than 2:00 p.m. on July 23, 2008:

(1) its response, if any, to the motions of defendants Pierre and Nixon to exclude Rule 404(b) evidence; and

(2) a notice stating whether it intends to use at trial any of the statements made by defendants to Trinidadian officers, including defendant Straker's statements on January 6 and 7, 2006; defendant Pierre's statement on January 28, 2006; and defendant Sealey's statement on August 8, 2006; and it is further

**ORDERED** that defendants' replies, if any, shall be filed by not later than 4:00 p.m. on July 25, 2008.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date: July 17, 2008