**STATEMENT**

Name CHRISTOPHER SEALEY          Sex Male   Age 32 years.   D.O.B. 23/6/75
Occupation Shop Keeper           Address La Croix Avenue, Canock Road, Punta Cruz
Investigating Officer taking Statement No. 1315 P WPC Mitchell - Carpus
Others present No. 1162 Pc Ryder, Justice of the Peace Mr. Asquith Creese and
Hyatt David SEALEY JNR.                    Homicide.
Date 8 August 2006   Time Commenced 9.15pm.   Place Becouia Police Station

I MICHAEL BOURNE also known as CHRISTOPHER SEALEY and BOYIE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be given in evidence. I have also been told that I have the right to retain a legal advisor. Christopher Bourne.

8.8.06  Sgt Bourne J.P. 8/8/06

On early January 2005 Wayne Pierce come and check meh and say he have some one line up who he tell meh how we go meet by Melounodes. When we reach by Melounodes everybody was there. The soldiers and them. CB said do talk to about the same man CBs like which part he does be drinking in El Socorro and after the meeting by the bar they tell we to go across by the car. When we reach across to the car the soldier bring the two open and handed it to me and after we and after the soldier bring the two open and after.

Christopher Bourne 8-8-06
Sgt J Ross CAR 1317 8/8/06

M Mitchell 1315 WPC Mitchell 8/8/06

Justice of the reach of the
St George East

CB video and after we drive down
CB frances Blacoote he drive around and
Blacoote show we where the man is inside × CB
the bar. After we leave and come
out the coffin and went inside the
bar and after we reach in the bar
I end up sticking the man up.
Me and Draica and after we
took him to the car Draica was
driving the car went up Santa Cruz
and Road him over to the man
dey call SOLDIER. After we
hand him over dey tele him
to NINJA and go away with him. To
leave and went home and then
the SOLDIER come up the road
boy me up the night he the gun
CB offer shots otherwise that give the soldier CB
Pit had no other course an didn't
want mek name to call. they
end up calling meh name and now I
do et and besides that I have a
witness who came and was there who
he come and collect the gun. After
that NINJA come and tell meh that
the man died will come sickness
he had and he end up chopping
him up and throwing himself CB
everything NINJA was in he car
when he come and tell meh that.
Christopher Baume 8-8-06
G.P. 7-P.130.-50,000-/99

Justice of the peace
St. George East

# STATEMENT

Name....................................... Sex........ Age.........
Occupation................................ Address...............................
Investigating Officer taking Statement ................ Continued
Others present ........................................
Date ............................ Time Commenced ............ Place ............

2

QUESTION: Do you know Wayne Pierre by any other name and where does he live?

ANSWER: Yeah, ninja and he live in Bourg Hilatterre, Santa Cruz and he went to school together and I use to see him in school.

QUESTION: What do you mean by school link up?

ANSWER: The end of coming up and showing men about the soldier and how and they were planning to kidnap the man for money and they were planning it by Malowoods.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Whose is Malowoods?

ANSWER: That is by the Club in Bourg Mulateress.

QUESTION: Who was at the meeting at the CB of Christopher Bourne 8-8-06

M Watson #766
Christopher Bourne 8-8-06  PC Harris P#866
Ag/Sgt Scott 8-8-06

club?

Answer: It was no straka ninja and three soldiers.

Question: Do you know straka by any other name?

Answer: No all I know is that he living somewhere in Santa Cruz.

Question: Describe the man in the bar?

Answer: It was ah Indian, low hair slim with beard and thing.

Question: Did the soldier tell you anything about the men?

Answer: They say he used to fight was in Vietnam or something like that.

Question: Describe the soldiers who was at Melowwoods?

Answer: It had one that was taller than all the rest, dark this hair was low. Next one he was moving hard with ninja and he not in the force. and he get throw out of the force. de was brown skin, short, stought, muscular the body and had a low cut. I know him by seeing him in Boug Mulateress opposite ninja house Bourchman ninja would pass with him in the car. That have the next one he still in the force he used to be firing whose they does fix radio and thing by Miguel and then opposite Melowwoods

Christopher Bourne 8-8-06
[signature] 8-8-06 [signature] 8/8/06

S.P. Tr. No.-P.190-50,000-1/99
MCCR 602 8/8/06

**STATEMENT**

Name ................................................ Sex ............ Age ............
Occupation ................................... Address ....Continued........
Investigating Officer taking Statement ................................................
Others present ................................................
Date ................ Time Commenced ................ Place ................

and I use to pass and see him right
through. He was short and had a
round face, brown skin and strong
built.
QUESTION: Do you know the driver?
ANSWER: Yeah, he name Smiley all
ah we went to school together. He
was older than me and he living
up in Bronx Mulateress by 9INST.
QUESTION: Does Smiley have a car
and describe it?
ANSWER: Yeah he have one ah
think it is a grey but ah don't
know the number.
QUESTION: What do you mean by
sticking him up and say how this
was done?
ANSWER: Shaka was standing outside
in road in front the club and I
use come for him and ask I tell
him loh we work. I had the gun
in meh hand that was a dummy
gun it was empty.
QUESTION: What did the man do?
ANSWER: The man did not do anything

M Wilson 8/8/06
Christopher: Bourne 8-8-06 at [illegible] 8:56
[signature] Scott 8-8-6

[sideways annotations on left side:]
Justice of the peace [signature] 8/8/06
St George east

he first walk and when we reach to the car STAKA put him inside the car and after I jump in and went up the road with Bruce. and the same soldier who was always with NINJA was sitting in a car and the said watching the scene.

QUESTION: when you was by Klorwoods and the soldier bring the gun. which one of the soldier was that?
ANSWER: the same soldier who was moving with ninja and living up by taylor, CB

QUESTION: the gun when the gun inside the car the gun meet the STAKA a gun too.
QUESTION: who showed you the gun in the bar?
ANSWER: the same soldier who living up by NINJA

QUESTION: when we the man. PCB
QUESTION: when did you hear the man dead and how long after you leave of his bleek
ANSWER: it was like about two or three weeks. PCB
ah hear he dead when NINJA come up by the shop and tell me the man dead and he on the hand. PCB and he chop him up.

QUESTION: Did you receive any money.
ANSWER: No.
QUESTION: And you kill the man?
ANSWER: I did not kill no man and not a take part in it.

Christopher Bowers 8-8-0-6
[signature] 8-8-06
pg PCB 0806

[signatures and notations]

**STATEMENT**

Name........................................... Sex........... Age...........
Occupation.....................................
Address........................................
Investigating Officer taking Statement............. Continued
Others present.................................

Date........................ Time Commenced........................ Place........................

QUESTION: If you see the soldier who was riding with Mrs J.A. all the time would you be able to identify him?

ANSWER: Yeah because he was set much up with the guy Christopher.

Source 8-8-06    SJB Sgt 8-8-06
Pc & JP 8/8/06    MC/S or 8/8/06

The above statement has been read to me and I have been told that I can correct alter or add anything I wish this statement is true I have made it of my own free will. Christopher Bourne
8-8-06    SJB Sgt 8-8-06
Cpl and JP 8/8/06    MC/S or 8-8-06

This is to certify that I was requested on my arrival by Insp#3158 to PC Corrie #10637 PC Pinder, to go meet have Michael Bourne also called Christopher Scaley and his father Hugh [Watchhouse] DPC Grene informed me she was investigating an incident of threats and Michael Bourne was the Sergeant After I heard the Police officers to leave the room so I could speak to the subject

Justice of St. George
JB
Sgt
8/8/06

to which they complied. I then asked the suspect if he was threatened, pressured or promised anything to give the statement and he said no. He was given his freedom and was told him he will be allowed to give any statement or he must object to give any statement and he elected to give the police a written statement and he wanted to write the statement. I then see a call the police officers to the room. W/C Corine got the statement to be signed and read the preamble to the suspect and she welcomed and she wrote it. The suspect signed and dated it also with his father. PC Pinnock and myself also signed and dated it. The suspect cluthed his statement while W/C Corine yelled the also asked questions as to certify colour of what model to what the property which leads to what the suspect answered. She then asked can the wife satisfied with so brief or she read the brief to the suspect in the presence of his father. He said he was satisfied and correctly welcomed and he signed and dated before PC Pinnock.

The suspect and myself PC Pinnock then signed and dated every page

Justice of the [Peace]
St George east

## STATEMENT

Name ........................................ Sex .......... Age ..........
Occupation ........................................
Address ........................................
Investigating Officer taking Statement ........................................
Others present ........................................
Date ........................ Time Commenced ........................ Place ........................

Signed and dated 2. The Deceased then wrote a Certificate from the Judges Rules to Clerk before he Signed and dated it further disclosure PC Pinder and I did like wise.

Agnela Imbe
Justice of the Peace 8/8/06
St. George East

Tape ended 2.45pm on Tuesday 8th August 2006

Signed by: Pauline Mitchell Agnela Imbe
Justice of the Peace 8/8/06 St. George East